AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

Annette M Trnka

V.

Biotel, Inc., Braemar, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number:  07-cv-1206 RHK/JSM

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that Defendants' Motion for Summary Judgment is **GRANTED**
and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

January 9, 2008                                       RICHARD D. SLETTEN, CLERK
Date

                                                                    s/Janet Midtbo
                                                (By)        Janet Midtbo,   Deputy Clerk

Form Modified:  09/16/04